| | |
|---|---|
| Gregory P. Stone (State Bar No. 078329)<br>   gregory.stone@mto.com<br>Rosemarie T. Ring (State Bar No. 220769)<br>   rose.ring@mto.com<br>Andrew Song (State Bar No. 236588)<br>   andrew.song@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grant Avenue<br>Thirty-Fifth Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-0138<br><br>Attorneys for Plaintiff<br>APPLE INC. | Joshua M. Masur (State Bar No. 203510)<br>   masur@turnerboyd.com<br>TURNER BOYD LLP<br>2625 Middlefield Road #675<br>Palo Alto, California 94306<br>Telephone: (650) 924-1475<br>Facsimile: (650) 472-8028<br><br>Attorneys for Defendant<br>BRILLIANT STORE, INC. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC.,<br><br>            *Plaintiff,*<br><br>   v.<br><br>BRILLIANT STORE, INC., SUNVALLEYTEK INTERNATIONAL, INC., and HOOTOO.COM, INC.,<br><br>            *Defendants.* | Case No. CV-10-2996-JCS<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT BRILLIANT STORE, INC. TO RESPOND TO COMPLAINT** |

      Pursuant to Civil L.R. 6-1(a), plaintiff Apple Inc. ("Apple") and defendant Brilliant Store, Inc. ("Brilliant Store") hereby stipulate to extend by thirty (30) days the time within which Brilliant

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| STIPULATION EXTENDING TIME TO ANSWER | 1 | CASE NO. CV-10-2996-JCS |

1  Store shall answer or otherwise respond to the complaint. Brilliant Store's response shall be due by
2  August 30, 2010. This extension will not alter the date of any event or any deadline already fixed by
3  Court order.

5  Dated: July 28, 2010                    MUNGER, TOLLES & OLSON LLP

6                                          By: /s/
                                               Andrew Song

8                                          Attorneys for Plaintiff
                                           APPLE INC.

10 Dated: July 28, 2010                    TURNER BOYD LLP

11                                         By: /s/
                                               Joshua M. Masur

13                                         Attorneys for Defendant
                                           BRILLIANT STORE, INC.

15 *Pursuant to Paragraph X.B of General Order No. 45, the filer hereby attests that concurrence in the filing of the document has been obtained from the signatory.*

18  Dated: July 28, 2010

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING TIME TO ANSWER          2                    CASE NO. CV-10-2996-JCS