| | |
|---|---|
| GREGORY P. STONE (State Bar No. 078329) | OTTO O. LEE (SBN 173987) |
| Gregory.Stone@mto.com | olee@iplg.com |
| ROSEMARIE T. RING (State Bar No. 220769) | JOHN MEJIA (SBN 167806) |
| Rose.Ring@mto.com | jmejia@iplg.com |
| ANDREW SONG (State Bar No. 236588) | INTELLECTUAL PROPERTY LAW GROUP LLP |
| Andrew.Song@mto.com | 12 South First Street, Twelfth Floor |
| MUNGER, TOLLES & OLSEN LLP | San Jose, California 95113 |
| 355 South Grand Avenue | Telephone: (408) 286-8933 |
| Thirty-Fifth Floor | Facsimile: (408) 286-8932 |
| Los Angeles, CA 90071-1560 | |
| Telephone: (213) 683-9100 | Attorneys for Defendants |
| Facsimile: (213) 687-3702 | SUNVALLEYTEK INTERNATIONAL, INC. and HOOTOO.COM, INC. |

PERRY J. SAIDMAN (pro hac vice pending)
perry.saidman@designlawgroup.com
SAIDMAN DESIGNLAW GROUP, LLC
8601 Georgia Avenue, Suite 603
Silver Spring, MD 20910
Telephone: (301) 585-8601
Facsimile: (301) 585-0138

Attorneys for Plaintiff
APPLE INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRILLIANT STORE, INC.; SUNVALLEYTEK INTERNATIONAL, INC.; HOOTOO.COM INC. <br><br> Defendants. | No. 3:10-cv-02996-JCS <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANTS SUNVALLEYTEK INTERNATIONAL, INC. AND HOOTOO.COM INC. TO RESPOND TO COMPLAINT** |

//

//

-1-

Plaintiff APPLE INC. ("Apple") and defendants SUNVALLEYTEK, INC. and HOOTOO.COM INC. (collectively "Defendants") hereby stipulate as follows:

1. Whereas, Apple filed the Complaint in this matter on July 8, 2010;

2. Whereas, Apple served Defendants with a summons and the Complaint on July 9, 2010;

3. Whereas, Defendants' response to the Complaint is due on or before July 30, 2010;

4. Whereas, Apple has agreed that Defendants shall have a 30-day extension of time, to and through August 30, 2010, to respond to the Complaint;

5. Whereas, this extension will not alter the date of any event or deadline already fixed by Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension.

IT IS SO STIPULATED, pursuant to Civil Local Rule 6-1(a), that Defendants' response to the Complaint is due on or before August 30, 2010.

Dated: July 30, 2010        MUNGER, TOLLES & OLSEN, LLP
                            SAIDMAN DESIGNLAW GROUP, LLC

                            By:   /s/_____
                                  Rosemarie T. Ring
                                  Attorneys for Plaintiff APPLE INC.

Dated: July 30, 2010        INTELLECTUAL PROPERTY LAW GROUP LLP

                            By:   /s/_____
                                  Otto O. Lee
                                  Attorneys for Defendants SUNVALLEYTEK
                                  INTERNTAIONAL, INC. and HOOTOOO.COM INC.

*Pursuant to Paragraph X.B of General Order No. 45, the filer hereby attests that concurrence in the filing of the document has been obtained from the signatory.*

Dated: Aug. 10, 2010



IT IS SO ORDERED
Judge Joseph C. Spero

-2-

Case No. 3:10-cv-02996-JCS
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT