GREGORY P. STONE (State Bar No. 078329)
Gregory.Stone@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
Rose.Ring@mto.com
ANDREW W. SONG (State Bar No. 236588)
Andrew.Song@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PERRY J. SAIDMAN (*pro hac vice* pending)
perry.saidman@designlawgroup.com
SAIDMAN DESIGNLAW GROUP, LLC
8601 Georgia Avenue, Suite 603
Silver Spring, MD 20910
Telephone: (301) 585-8601
Facsimile: (301) 585-0138

Attorneys for Plaintiff
APPLE INC.

OTTO O. LEE (SBN 173987)
olee@iplg.com
JOHN MEJIA (SBN 167806)
jmejia@iplg.com
INTELLECTUAL PROPERTY LAW
GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932

Attorneys for Defendants
SUNVALLEYTEK INTERNATIONAL,
INC. and HOOTOO.COM, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRILLIANT STORE, INC.;<br>SUNVALLEYTEK<br>INTERNATIONAL, INC.;<br>HOOTOO.COM INC.,<br><br>　　　　Defendants. | No. CV-10-2996-SBA<br><br>**APPLE, INC., SUNVALLEYTEK INTERNATIONAL, INC., AND HOOTOO.COM INC.'S STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

-1-

1   The parties agree to participate in the following ADR process:

2   **Court Processes:**
3   ☐   Non-binding Arbitration (ADR L.R. 4)
    ☐   Early Neutral Evaluation (ENE) (ADR L.R. 5)
4   ☒   Mediation (ADR L.R. 6)

5   *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
6   *appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR*
7   *phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone*
8   *Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

9   **Private Process:**

10  ☐   Private ADR (*please identify process and provider*) _____
11  _____

12  The parties agree to hold the ADR session by:

13  ☒   the presumptive deadline *(The deadline is 90 days from the date of the order*
14  *referring the case to an ADR process unless otherwise ordered. )*

15  ☐   other requested deadline _____

16

17  Dated: September 24, 2010            MUNGER, TOLLES & OLSON, LLP
18                                      SAIDMAN DESIGNLAW GROUP, LLC

19
                              By:   /s/ Andrew W. Song
20                                  Andrew W. Song
                                    Attorneys for Plaintiff APPLE INC.
21

22  Dated: September 24, 2010            INTELLECTUAL PROPERTY LAW GROUP LLP

23
                              By:   /s/ Bradley Levang
24                                  Bradley Levang
                                    Attorneys for Defendants SUNVALLEYTEK
25                                  INTERNATIONAL, INC. and HOOTOOO.COM, INC.

26

27  *Pursuant to Paragraph X.B of General Order No. 45, the filer hereby attests that concurrence in the filing of the document has been obtained from the signatory.*

28

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 9/28/10

_____
UNITED STATES DISTRICT JUDGE
SAUNDRA ARMSTRONG