GREGORY P. STONE (State Bar No. 078329)
Gregory.Stone@mto.com
ROSEMARIE T. RING (State Bar No. 220769)
Rose.Ring@mto.com
ANDREW W. SONG (State Bar No. 236588)
Andrew.Song@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

PERRY J. SAIDMAN (*pro hac vice* pending)
perry.saidman@designlawgroup.com
SAIDMAN DESIGNLAW GROUP, LLC
8601 Georgia Avenue, Suite 603
Silver Spring, MD 20910
Telephone: (301) 585-8601
Facsimile: (301) 585-0138

Attorneys for Plaintiff
APPLE INC.

JOSHUA M. MASUR (SBN 203510)
masur@turnerboyd.com
TURNER BOYD LLP
2625 Middlefield Road, #675
Palo Alto, California 94306
Telephone: (650) 924-1475
Facsimile: (650) 472-8028

Attorneys for Defendant
BRILLIANT STORE, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| APPLE INC.,<br><br>         Plaintiff,<br><br>vs.<br><br>BRILLIANT STORE, INC.;<br>SUNVALLEYTEK<br>INTERNATIONAL, INC.;<br>HOOTOO.COM INC.<br><br>         Defendants. | No. CV-10-2996-SBA<br><br>**APPLE, INC. AND BRILLIANT STORE, INC.'S STIPULATION AND ORDER SELECTING ADR PROCESS** |

-1-

1   Counsel report that they have met and conferred regarding ADR and have reached the
2   following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3   The parties agree to participate in the following ADR process:

4   **Court Processes:**
    ☐   Non-binding Arbitration (ADR L.R. 4)
5   ☐   Early Neutral Evaluation (ENE) (ADR L.R. 5)
    ☒   Mediation (ADR L.R. 6)
6

7   *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
8   *appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR*
9   *phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone*
10  *Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

11  **Private Process:**

12  ☐   Private ADR (*please identify process and provider*) _____
13  _____

14  The parties agree to hold the ADR session by:

15  ☒   the presumptive deadline *(The deadline is 90 days from the date of the order*
16  *referring the case to an ADR process unless otherwise ordered.)*

17  ☐   other requested deadline _____

18

19  Dated:  September 24, 2010            MUNGER, TOLLES & OLSON, LLP
20                                         SAIDMAN DESIGNLAW GROUP, LLC

21
                                    By:    /s/ Andrew W. Song
22                                         Andrew W. Song
                                           Attorneys for Plaintiff APPLE INC.
23

24  Dated: September 24, 2010             TURNER BOYD LLP
25
26                                  By:    /s/ Joshua M. Masur
                                           Joshua M. Masur
27                                         Attorneys for Defendant BRILLIANT STORE, INC.

28  *Pursuant to Paragraph X.B of General Order No. 45, the filer hereby attests that concurrence in the filing of the document has been obtained from the signatory.*

**ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 9/28/10

_____
UNITED STATES DISTRICT JUDGE
SAUNDRA ARMSTRONG