1  Gregory P. Stone (State Bar No. 078329)
   *gregory.stone@mto.com*
2  Rosemarie T. Ring (State Bar No. 220769)
   *rose.ring@mto.com*
3  Andrew Song (State Bar No. 236588)
   *andrew.song@mto.com*
4  MUNGER, TOLLES & OLSON LLP
   355 South Grant Avenue
5  Thirty-Fifth Floor
   Los Angeles, California 90071
6  Telephone:  (213) 683-9100
   Facsimile:  (213) 687-0138
7
   Attorneys for Plaintiff
8  APPLE INC.

9  Joshua M. Masur (State Bar No. 203510)
   *masur@turnerboyd.com*
10 TURNER BOYD LLP
   2625 Middlefield Road #675
11 Palo Alto, California 94306
   Telephone:  (650) 924-1475
12 Facsimile:  (650) 472-8028

13 Attorneys for Defendant
   BRILLIANT STORE, INC.
14

OTTO O. LEE (SBN 173987)
olee@iplg.com
JOHN MEJIA (SBN 167806)
jmejia@iplg.com
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, Twelfth Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932


Attorneys for Defendants
   SUNVALLEYTEK INTERNATIONAL, INC.
   and HOOTOO.COM, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Apple Inc., <br><br>  Plaintiff, <br><br> vs. <br><br> BRILLIANT STORE, INC.; SUNVALLEYTEK INTERNATIONAL, INC.; HOOTOO.COM INC., <br><br>  Defendants. | No. CV-10-2996-SBA <br><br> **STIPULATION AND [PROPOSED] ORDER TO CHANGE DATES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

1   Pursuant to Civil L.R. 6-2, plaintiff Apple, Inc. and defendants Brilliant Store, Inc.,
2   Sunvalleytek International, Inc., and Hootoo.com, Inc. hereby stipulate and jointly request that,
3   for the reasons set forth in the accompanying Declaration of Andrew Song, the Case Management
4   Conference, currently calendared for October 20, 2010, be rescheduled for January 20, 2011, or
5   as soon thereafter as the Court's calendar permits.  For the same reasons, the parties stipulate and
6   request that the last day to file the Rule 26(f) report, complete initial disclosures, and file the Case
7   Management Statement, be moved from October 8, 2010 to January 10, 2011.

Dated:  October 5, 2010          MUNGER, TOLLES & OLSON, LLP
                                 SAIDMAN DESIGNLAW GROUP, LLC


                                 By:    /s/
                                     Andrew Song
                                     Attorneys for Plaintiff APPLE INC.


Dated: October 5, 2010           TURNER BOYD LLP


                                 By:    /s/
                                     Joshua M. Masur
                                     Attorneys for Defendant BRILLIANT STORE, INC.


Dated: October 5, 2010           INTELLECTUAL PROPERTY LAW GROUP LLP


                                 By:    /s/
                                     Otto O. Lee
                                     Attorneys for Defendants SUNVALLEYTEK
                                     INTERNATIONAL, INC. and HOOTOOO.COM, INC.

Pursuant to Paragraph X.B of General Order No. 45, the filer hereby attests that concurrence in the filing of the document has been obtained from the signatories.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the October 20, 2010 initial Case Management conference is taken off calendar and rescheduled for January 20, 2011, at 2:45 pm.  The last day to file the Rule 26(f) report, complete initial disclosures or state objection in the Rule 26(f) report, and file the Case Management Statement is moved from October 8, 2010 to **January 12, 2011 at 3:00 p.m.**

IT IS SO ORDERED.

Dated: 10/8/10

*Saundra B Armstrong*
UNITED STATES DISTRICT JUDGE
SAUNDRA ARMSTRONG