1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| APPLE INC., | Case No. CV-10-2996-SBA |
| *Plaintiff,* | **[PROPOSED]** INJUNCTION ORDER AS TO BRILLIANT STORE, INC. |
| v. | |
| BRILLIANT STORE, INC., SUNVALLEYTEK INTERNATIONAL, INC., and HOOTOO.COM, INC., | |
| *Defendants.* | |

Apple Inc. ("Apple"), having brought this action against Brilliant Store, Inc. ("Defendant"), and Defendant having consented to the Court's jurisdiction and to entry of this Injunction Order and having waived any right to appeal this Injunction Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over the Defendant and the subject matter of this action and Injunction Order.

2. Apple is the owner of U.S. Patent Nos. D478,310; 7,517,222; D567,800; D596,160; D572,246; D612,843; D612,844; and 7,627,343 (collectively the "Patents"), which are valid and enforceable. Apple designs, manufactures, and sells computers, personal electronic devices, and accessories for those products, such as power adapters. Apple has developed a tremendous amount of goodwill in the design of its products and in its trademarks, including but not limited to APPLE,  , MAC, MACBOOK, IPHONE, and IPOD (collectively the "Trademarks"), which are registered with the U.S. Patent and Trademark Office.

3. Defendant has sold various electronic accessories, including power adapters, and owns domain names and operates web sites through which its products are sold. Without Apple's authorization, Defendant has used, imported, sold and/or offered for sale products that infringe the Patents, including but not limited to products with part numbers AL-3121, AL-3158, AL-3176, AL-3177, AL-3197, AL-3202, AL-3204, AL-3218, AL-3219, BE-9003, CPA-1048, CPA-1050, CPA-1053, CPA-1055, CPA-1056, CPA-1057, CPA-1148, CPA-1247, CPA-1253, CPA-1254, CPA-1255, CPA-1386-BLACK, and CPA-1511-BLACK. Defendant also has used the Trademarks in an infringing manner in conjunction with the sale of these products.

4. Defendant and each of its predecessors, successors, assigns, Affiliates, members, officers, managers, agents, servants, employees,

representatives, and all other Persons in active concert or participation with any of them shall refrain from and are permanently enjoined from:

    a. manufacturing, importing, distributing, shipping, advertising, marketing, using, selling, or offering for sale the following products or any colorable imitations of these products:

        (i) any product that is substantially similar in appearance as the design claimed in U.S. Patent No. D478,310, including but not limited to the products with part numbers AL-3121, AL-3158, AL-3176, AL-3177, AL-3197, and CPA-1255;

        (ii) any product that uses Apple's proprietary magnetic connector system, claimed in U.S. Patent No. 7,517,222, including but not limited to the products with part numbers AL-3202, AL-3204, AL-3218, and AL-3219;

        (iii) any product that is substantially similar in appearance as the design claimed in U.S. Patent No. D567,800 or D596,160, including but not limited to the product with part number CPA-1254;

        (iv) any product that is substantially similar in appearance as the design claimed in U.S. Patent No. D572,246, D612,843, or D612,844, including but not limited to the products with part numbers CPA-1148, CPA-1386-BLACK, and CPA-1511-BLACK;

        (v) any product that uses Apple's proprietary 30-pin connector system, claimed in U.S. Patent No. 7,627,343, including but not limited to the products with part numbers CPA-1053, CPA-1253, CPA-1247, CPA-1057, CPA-1056, CPA-1055, CPA-1048, CPA-1050, and BE-9003;

    b. manufacturing, importing, distributing, shipping, advertising, marketing, using, selling, or offering for sale any products that are similar to or likely to cause confusion with the trade dress for Apple's products;

    c. using a photograph or image of a genuine Apple product on any advertisement, website, or product packaging to represent or illustrate the

1  product that is being advertised, marketed, or sold, when such product is not
2  manufactured by Apple;
3       d. using the Trademarks or any other name or mark owned
4  by Apple, or any variants thereof, in a manner which falsely indicates or suggests
5  that a business, website, product, or service is in any way associated or affiliated
6  with, authorized, sponsored, or approved by Apple, such as by way of example
7  "Apple Laptop Charger"; Defendant shall not be prohibited from advertising or
8  marketing a particular product as "compatible with" a particular genuine Apple
9  product, if such statement is true, and the statement complies with the principles of
10 referential fair use and does not otherwise create a sense of endorsement,
11 sponsorship, or false association with Apple or Apple products or services;
12       e. registering, owning, selling, transferring, or assigning any
13 domain name containing any name or mark owned by Apple, or any name or mark
14 confusingly similar thereto, unless such activities comply with principles of
15 referential fair use or such sale, transfer, or assignment is made to Apple; and
16       f. purchasing or using any name or mark owned by Apple or
17 any variants thereof (1) as keyword search terms to generate sponsored links, unless
18 such purchase or use complies with principles of referential fair use, or (2) as a
19 hidden link or hidden text on any website.
20     5. This injunction shall not prohibit any marketing or sale of
21 Apple-licensed products.
22     6. All terms defined in this Injunction Order shall be so defined
23 when used anywhere in this Injunction Order. Additionally, as used in this
24 Injunction Order, the following capitalized terms shall have the meanings set forth
25 below:
26       a. "Person" means any individual, partnership, association,
27 corporation, limited liability company, trust, or any other form of legal entity.
28

        b.    "Affiliate" means any Person that now or in the future Controls, is Controlled by, or is under common Control with the Defendant.

        c.    "Control" means, with respect to any Person, the ability to control, manage, direct or otherwise materially influence the management, direction, operations or policies of such Person, whether by ownership of voting securities, by contract or otherwise.

7.    The parties waive any right to appeal this Injunction Order.

8.    The Court will retain continuing jurisdiction for purposes of interpreting and enforcing this Injunction Order. Any and all disputes concerning the Injunction Order shall be referred to the Chief Magistrate Judge or her designee for resolution or report and recommendation, depending on the relief requested.

DATED: 1/3/11

                              *Saundra B. Armstrong*
                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge