1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| APPLE INC., | Case No. CV-10-2996-SBA |
| *Plaintiff,* | [~~PROPOSED~~] **INJUNCTION ORDER AS TO SUN VALLEY TECH INTERNATIONAL, INC. AND HOOTOO.COM, INC.** |
| *v.* | |
| BRILLIANT STORE, INC., SUNVALLEYTEK INTERNATIONAL, INC., and HOOTOO.COM, INC., | |
| *Defendants.* | |

1   Apple Inc. ("Apple"), having brought this action against Sunvalleytek
2  International, Inc. ("SVT"), and Hootoo.com, Inc. ("HTI") (collectively
3  "Defendants") and Brilliant Store, Inc., and Defendants having consented to the
4  Court's jurisdiction and to entry of this Injunction Order and having waived any
5  right to appeal this Injunction Order,
6  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:
7    1.   This Court has jurisdiction over the Defendants and the subject
8  matter of this action and Injunction Order.
9    2.   Apple owns U.S. Patent Nos. D478,310; D479,823; D611,415;
10 D586,800; D593,087; D571,360; D595,264; D597,080; D597,081; D610,128;
11 D495,336; D596,621; D560,212; D588,610; D589,530; 7,627,343; D572,246;
12 D612,843; and D612,844 (collectively the "Patents"), which are valid and
13 enforceable.
14   3.   Apple designs, manufactures, and sells computers, personal
15 electronic devices, and accessories for those products, such as power adapters.
16 Apple has developed a tremendous amount of goodwill in the design of its products
17 and in its trademarks, including but not limited to APPLE, , MACBOOK,
18 MAGSAFE, IPHONE, and IPOD (collectively the "Trademarks"), which are
19 registered with the U.S. Patent and Trademark Office.
20   4.   SVT has sold various electronic accessories, including power
21 adapters, and owns domain names and operates web sites through which its
22 products are sold, including hootoo.com.  Without Apple's authorization, SVT has
23 used, imported, sold and/or offered for sale products that infringe the Patents,
24 including but not limited to products identified as 93-02004-023, 93-02004-019,
25 93-02004-006, A1244, A1184, A1172, 93-36016-304, 75-01006-001, 75-01005-
26 001, 75-01006-003, 75-01006-005, 75-01006-006, 75-01006-004, 75-01006-002,
27 98-02200-004, or 98-02200-015; or described on Defendants' websites as "USB
28 charger for iPhone 3GS," "A808 Unlocked GSM Cell Phone with Dual Camera TV

1  Wi-fi," "M8 Wifi Unlocked GSM Cell Phone with 3.3-inch QVGA Dual Camera,"
2  "i9+++ Unlocked GSM Cell Phone with Camera MP3 Bluetooth 3.2-inch," "M9
3  wifi GPS Unlocked Cell Phone with 3.5-inch QVGA Screen, "Compass 3GS
4  Unlocked GSM Cell Phone with Camera MP3 Bluetooth 3," "K599 Unlocked GSM
5  Cell Phone with Camera MP3 Bluetooth Wi-Fi Ana," "W003 Unlocked GSM Cell
6  Phone with Camera MP3 Bluetooth Wi-Fi HD," and "W001 Unlocked GSM Cell
7  Phone with Camera MP3 Bluetooth Wi-Fi HD, "3G Dock for iPhone 3Gs 3G iPod
8  Classic Nano Touch," "Data Dock for iPhone 3Gs 3G iPod Classic Nano Touch,"
9  "Bluetooth Slim Stereo Headset Handsfree Mini Headphone,"  "iPhone 3Gs FM
10 Transmitter Hands-free Car Kit," "Blue LED Remote Control FM Transmitter,"
11 "Apple iPod Nano 3rd gen Blue LED Remote Control FM Transmitter," "Apple
12 iPhone 3G 8GB Blue LED Remote Control FM Transmitter," "Apple iPod Classic
13 160GB Blue LED Remote Control FM Transmitter," "Bluetooth FM Transmitter
14 Hands-free Car Kit For iPhone 3Gs," "iPod iPhone FM Transmitter with Remote
15 Control (black)," "FM Transmitter with Aluminum Cover," "Universal Data Cable
16 for iPod iPhone 3G HTC PSP GBA SP NDSL NDSi," "AV Cable for iPhone iPod
17 Classic Nano Touch," "AV Cable with USB for iPhone iPod Classic Nano Touch,"
18 "AV Cable with USB for iPhone iPod Classic Nano Touch metal head," "iPod
19 Touch 3rd Gen 32GB FM Transmitter(Black)," "3G Dock for iPhone 3Gs 3G iPod
20 Classic Nano Touch," "Data Dock for iPhone 3Gs 3G iPod Classic Nano Touch,"
21 "USB Charger and Data Cable for iPhone 3GS iPhone3G iPod Classic Nano
22 Touch," "FM Transmitter Hands-free Car Kit For iPhone 3Gs," "iPhone 3g 8GB
23 FM Transmitter(Black)," "iPhone 3Gs Bluetooth FM Transmitter Hands-free Car
24 Kit," "Aluminum cover FM Transmitter(Black)," "FM transmitter with Remote
25 Control for iPod iPhone," "Blue LED FM Transmitter with Remote Control,"
26 "Portable Power station Battery for iPhone 3G/3GS 2000mAh," "iPhone 3g/3GS
27 Portable Power station Battery," "Portable Power station Battery for iPhone
28

1  3g/3GS," and "MacBook and MacBook Pro Keyboards."  SVT also has used the
2  Trademarks in an infringing manner in conjunction with the sale of these products.
3              5.         Defendants and each of their predecessors, successors, assigns,
4  Affiliates, members, officers, managers, agents, servants, employees,
5  representatives, and all other Persons in active concert or participation with any of
6  them shall refrain from and are permanently enjoined from:
7              a.     manufacturing, importing, distributing, shipping,
8  advertising, marketing, using, selling, or offering for sale the following products or
9  any colorable imitations of these products:
10                     (i)    any adapter that is substantially similar in
11 appearance to the design claimed in U.S. Patent No. D478,310, including but not
12 limited to the products identified as 93-02004-023, 93-02004-019, 93-02004-006,
13 A1244, A1184, or A1172.
14                     (ii)   any adapter that is substantially similar in
15 appearance to the design claimed in U.S. Patent No. D479,823, including but not
16 limited to the product identified as 93-36016-304.
17                     (iii)  any product that is substantially similar in
18 appearance to the design claimed in U.S. Patent No. D611,415, including but not
19 limited to the product described on Defendants' websites as "USB charger for
20 iPhone 3GS."
21                     (iv)   any product that is substantially similar in
22 appearance to the design claimed in one or more of the following patents:  U.S.
23 Patent No. D586,800 or D593,087.  This category includes but is not limited to the
24 products described on Defendants' websites as "A808 Unlocked GSM Cell Phone
25 with Dual Camera TV Wi-fi," "M8 Wifi Unlocked GSM Cell Phone with 3.3-inch
26 QVGA Dual Camera," "i9+++ Unlocked GSM Cell Phone with Camera MP3
27 Bluetooth 3.2-inch," "M9 wifi GPS Unlocked Cell Phone with 3.5-inch QVGA
28 Screen, "Compass 3GS Unlocked GSM Cell Phone with Camera MP3 Bluetooth

1  3," "K599 Unlocked GSM Cell Phone with Camera MP3 Bluetooth Wi-Fi Ana,"
2  "W003 Unlocked GSM Cell Phone with Camera MP3 Bluetooth Wi-Fi HD," and
3  "W001 Unlocked GSM Cell Phone with Camera MP3 Bluetooth Wi-Fi HD."
4           (v)   any product that is substantially similar in
5  appearance to the design claimed in one or more of the following patents: U.S.
6  Patent No. D571,360; D595,264; D597,080; D597,081; or D610,128.  This
7  category includes but is not limited to the product described on Defendants'
8  websites as "3G Dock for iPhone 3Gs 3G iPod Classic Nano Touch."
9           (vi)   any product that is substantially similar in
10  appearance to the design claimed in one or more of the following patents: U.S.
11  Patent No. D495,336 or D596,621.  This category includes but is not limited to the
12  product described on Defendants' websites as "Data Dock for iPhone 3Gs 3G iPod
13  Classic Nano Touch."
14           (vii)   any product that is substantially similar in
15  appearance as the design claimed in one or more of the following patents: U.S.
16  Patent No. D560,212; D588,610; or D589,530.  This category includes but is not
17  limited to the product described on Defendants' websites as "Bluetooth Slim Stereo
18  Headset Handsfree Mini Headphone."
19           (viii)   any product that uses Apple's proprietary 30-pin
20  connector system, claimed in, *e.g.*, U.S. Patent No. 7,627,343, including but not
21  limited to the products identified as 75-01006-001, 75-01005-001, 75-01006-003,
22  75-01006-005, 75-01006-006, 75-01006-004 or 75-01006-002, or described on
23  Defendants' websites as "iPhone 3Gs FM Transmitter Hands-free Car Kit," "Blue
24  LED Remote Control FM Transmitter," "Apple iPod Nano 3rd gen Blue LED
25  Remote Control FM Transmitter," "Apple iPhone 3G 8GB Blue LED Remote
26  Control FM Transmitter," "Apple iPod Classic 160GB Blue LED Remote Control
27  FM Transmitter," "Bluetooth FM Transmitter Hands-free Car Kit For iPhone 3Gs,"
28  "iPod iPhone FM Transmitter with Remote Control (black)," "FM Transmitter with

1 Aluminum Cover," "Universal Data Cable for iPod iPhone 3G HTC PSP GBA SP
2 NDSL NDSi," "AV Cable for iPhone iPod Classic Nano Touch," "AV Cable with
3 USB for iPhone iPod Classic Nano Touch," "AV Cable with USB for iPhone iPod
4 Classic Nano Touch metal head," "iPod Touch 3rd Gen 32GB FM
5 Transmitter(Black)," "3G Dock for iPhone 3Gs 3G iPod Classic Nano Touch,"
6 "Data Dock for iPhone 3Gs 3G iPod Classic Nano Touch," "USB Charger and Data
7 Cable for iPhone 3GS iPhone3G iPod Classic Nano Touch," "FM Transmitter
8 Hands-free Car Kit For iPhone 3Gs," "iPhone 3g 8GB FM Transmitter(Black),"
9 "iPhone 3Gs Bluetooth FM Transmitter Hands-free Car Kit," "Aluminum cover
10 FM Transmitter(Black)," "FM transmitter with Remote Control for iPod iPhone,"
11 "Blue LED FM Transmitter with Remote Control," "Portable Power station Battery
12 for iPhone 3G/3GS 2000mAh," "iPhone 3g/3GS Portable Power station Battery,"
13 and "Portable Power station Battery for iPhone 3g/3GS."

14      (ix)   any keyboard that is substantially similar in
15 appearance to the design claimed in one or more of the following patents: U.S.
16 Patent No. D572,246; D612,843; or D612,844.  This category includes but is not
17 limited to the products identified as 98-02200-004 or 98-02200-015, or described
18 on Defendants' websites as "MacBook and MacBook Pro Keyboards."

19     b.   manufacturing, importing, distributing, shipping,
20 advertising, marketing, using, selling, or offering for sale any products that are
21 similar to or likely to cause confusion with the trade dress for Apple's products;

22     c.   using a photograph or image of a genuine Apple product
23 on any advertisement, website, or product packaging to represent or illustrate the
24 product that is being advertised, marketed, or sold, when such product is not
25 manufactured by Apple;

26     d.   using the Trademarks or any other name or mark owned
27 by Apple, or any variants thereof, in a manner which indicates or suggests that a
28 business, website, product, or service is in any way associated or affiliated with,

1  authorized, sponsored, or approved by Apple, such as by way of example "Apple
2  A1184 AC Adapter"; Defendants shall not be prohibited from advertising or
3  marketing a particular product as "compatible with [a particular genuine Apple
4  product]," if such statement is true, and the statement complies with the principles
5  of referential fair use and does not otherwise create a sense of endorsement,
6  sponsorship, or false association with Apple or Apple products or services;
7  　　　　　　e.　registering, owning, selling, transferring, or assigning any
8  domain name containing any name or mark owned by Apple, or any name or mark
9  confusingly similar thereto, unless such activities comply with principles of
10 referential fair use or such sale, transfer, or assignment is made to Apple; and
11 　　　　　　f.　purchasing or using any name or mark owned by Apple or
12 any variants thereof (1) as keyword search terms to generate sponsored links, unless
13 such purchase or use complies with principles of referential fair use, or (2) as a
14 hidden link or hidden text on any website.
15 　　　　6.　This injunction shall not prohibit any marketing or sale of
16 Apple-licensed products.
17 　　　　7.　All terms defined in this Injunction Order shall be so defined
18 when used anywhere in this Injunction Order.  Additionally, as used in this
19 Injunction Order, the following capitalized terms shall have the meanings set forth
20 below:
21 　　　　　　a.　"Person" means any individual, partnership, association,
22 corporation, limited liability company, trust, or any other form of legal entity.
23 　　　　　　b.　"Affiliate" means any Person that now or in the future
24 Controls, is Controlled by, or is under common Control with any Defendant.
25 　　　　　　c.　"Control" means, with respect to any Person, the ability to
26 control, manage, direct or otherwise materially influence the management,
27 direction, operations or policies of such Person, whether by ownership of voting
28 securities, by contract or otherwise.

8. The parties waive any right to appeal this Injunction Order.

9. The Court will retain continuing jurisdiction for purposes of interpreting and enforcing this Injunction Order. Any and all disputes concerning the Injunction Order shall be referred to the Chief Magistrate Judge or her designee for resolution or report and recommendation, depending on the relief requested.

DATED: 1/3/11

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge