1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| APPLE INC., | Case No. CV-10-2996-SBA |
|---|---|
| *Plaintiff,* | **JUDGMENT PURSUANT TO STIPULATION** |
| v. | |
| BRILLIANT STORE, INC., SUNVALLEYTEK INTERNATIONAL, INC., and HOOTOO.COM, INC., | |
| *Defendants.* | |

1   IT IS HEREBY ORDERED THAT final judgment shall be entered in
2 accordance with the parties' stipulation (Dkt. 38 and 39), as set forth in the
3 Injunction Order as to Brilliant Store, Inc., and Injunction Order as to Sun Valley
4 Tech International, Inc., and Hootoo.com, Inc.
5   IT IS SO ORDERED.
6
7
8 DATED: 1/3/11
9
10 _____
    SAUNDRA BROWN ARMSTRONG
11  United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2                                           INJUNCTION ORDER